■ TERRENCE K. CROWE, Respondent, v JUDITH CROWE, Appellant. Memorandum: Submission of the letters signed by the Judge of the District Court of Neumarkt, Germany, constitutes substantial compliance with the condition contained in our order of October 4, 1991 *(Crowe v Crowe*

[appeal No. 2], 176 AD2d 1216). Plaintiff is directed to comply with our order of October 4, 1991 by turning over custody of the children forthwith. Present—Boomer, J. P., Green, Lawton and Davis, JJ.